IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
LORI PRINTY and STEVEN BATEMAN, :
on behalf of Plaintiffs and a class, :
: 
: 
     Plaintiff, :
:  Case No. 6:20-cv-6226
: 
 v. :
: 
FORSTER & GARBUS, LLP, :
: 
     Defendants. :
---------------------------------------------------------------x

## STIPULATION OF DISMISSAL

  Plaintiffs, Lori Printy and Steven Bateman, and Defendants Forster & Garbus, LLP by and through their undersigned counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) that this Action shall be dismissed with prejudice as to the individual claims of Lori Printy and Steven Bateman and without prejudice as to claims of the putative class members. Each party to bear their own fees and costs.


Date: September 25, 2020

| Counsel for Plaintiffs | Counsel for Defendant |
|---|---|
| /s/Tiffany N. Hardy | /s/ Glenn M. Fjermedal |
| Tiffany N. Hardy | Glenn M. Fjermedal |
| | |
| Tiffany N. Hardy | Davidson Fink LLP |
| EDELMAN, COMBS, LATTURNER | 28 East Main Street |
|  & GOODWIN, LLC | Suite 1700 |
| 20 South Clark Street, Suite 1500 | Rochester, NY 14614 |
| Chicago, Illinois 60602 | |
| Phone: (312) 739-4200 | |
| Fax: (312) 419-0379 | |

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
Dated: 09/28/2020

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, certify that on September 25, 2020, a true and accurate copy of this document was sent via ECF to the attorneys of record.

      /s/Tiffany N. Hardy
      Tiffany N. Hardy


Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail: thardy@edcombs.com